UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ABRAHAM GRAVES,

                                                              **NOTICE OF APPEARANCE**

                                  Plaintiff,

                                                            07-CV-11500 (SAS)

                -against-

THE CITY OF NEW YORK, RAYMOND KELLY,
POLICE OFFICERS CAREW, NEWELL and JOHN
DOES 1-4,

                                  Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Raymond Kelly and request that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                 January 15, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the
                                              City of New York
                                            *Attorney for Defendants*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 442-8248

                                     By:              _____/s/_____
                                                       MARK D. ZUCKERMAN

TO:    JOHN WARE UPTON
        *Attorney for Plaintiff*
        70 Lafayette St. 7th Floor
        New York, New York 10013
        (212) 233-9300