USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

RECEIVED
CHAMBERS OF
FEB 07 2008
JUDGE SCHEINDLIN

February 7, 2008

Hon. Shira A. Scheindlin
United States District Judge
United State District Court for the Southern District of New York
500 Pearl St. Rm. 1620
New York, NY 10007

**BY FACSIMILIE   212-805-7920**

Re:   Abraham Graves v. City of New York et al.
       Docket No. 07 Civ. 11500 (SAS)

Dear Judge Sheinlin:

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212 233 9300 TEL.
212 233.9713 FAX

I represent the plaintiff in this § 1983 case and write to request a brief postponement of the initial pretrial conference which is currently scheduled for March 20, 2008, at 4:30 pm.

I will be out of the country on my childrens' Spring Break at that time, and will be back in the office on March 31st. Therefore, I would request a postponement to March 31st or later.

Opposing counsel, Mark Zuckerman of the Corporation Counsel's Office, does not object to this request.

Thank you for your attention to this matter.

Respectfully,

John Ware Upton

cc: Mark Zuckerman, Esq. (Fax 212-788-9776)

Plaintiff's request is granted. The initial conference scheduled for March 20, 2008 is adjourned to March 31, 2008, at 4:30 p.m.
SO ORDERED.
Date: Feb 7, 2008
Shira A. Scheindlin, USDJ