USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08

JUDGE SC...

February 14, 2008

Hon. Shira A. Scheindlin
United States District Judge
United State District Court for the Southern District of New York
500 Pearl St. Rm. 1620
New York, NY 10007

**BY FACSIMILIE   212-805-7920**

Re:   Abraham Graves v. City of New York et al.
      Docket No. 07 Civ. 11500 (SAS)

Dear Judge ~~Sheinlin~~: SCHEINDLIN

I represent the plaintiff in this case and write to re-request a new date for the initial the initial pretrial conference. I wrote last week (letter and endorsement attached) and the Court set the conference date for Monday, March 31st.

Regrettably, I misstated the return date from Spring Break. Although I return on the 31st, it is risky that I will be able to get downtown for the conference.

Therefore, I request a date Tuesday, April 1st, or later.

Mark Zuckerman of the Corporation Counsel does not object to this request.

I apologize for the inconvenience.

Respectfully,

John Ware Upton

cc: Mark Zuckerman, Esq. (Fax 212-788-9776)

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK NY 10013
212.233.3300 TEL
212.233.9713 FAX

*Adjourned to April 1 at 4 p.m.*
*So Ordered:*
*[signature]*
*USDJ*
*2/15/08*