UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

ABRAHAM GRAVES,

               Plaintiffs,

               against-

THE CITY OF NEW YORK, a municipal
entity; RAYMOND KELLY, New York
City Police Officer PATRICK,
CAREW, OFFICER NEWEL and JOHN
DOES 1 - 4, individually
and in their official capacities,
jointly and severally,
               Defendants.

----------------------------------X

Docket No. 07 Civ. 11500 (SAS)

ECF CASE

**AFFIRMATION OF SERVICE**

    John Ware Upton, an attorney licensed to practice law in this Court, swears as follows:

    1.  I am over 18 years of age, not a party in this case, and reside in the State of New York.

    2.  On December 31, 2007, I served this case's Summons and Complaint and the Individual Rules of Hon. Shira Sheindlin and Magistrate Judge Theodore Katz, and ECF Rules on the City of New York by placing same in the hand of Tamekia Mendes-Gammon, Docketing Clerk and agent designated for receipt of legal papers at the Office of the Corporation Counsel for the City of New York, 100 Church St., New York, N.Y., 10007.

Dated: New York, New York
       December 31, 2007

                                                JOHN WARE UPTON