```
                                    ABC PROCESS SERVICE,INC.
                                    Attorney:
                                    JOHN WARE UPTON, ESQ.
                                    Index No. 07CIV11500
                                    Date Filed  /  /
                                    Office No. JWU01ONEPOLI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM GRAVES

                                            (PLAINTIFF)

                    against

                                            (DEFENDANT)

THE CITY OF NEW YORK, ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:
SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 8 day of January 2008  at  12:19 PM , at

ONE POLICE PLAZA;NEW YORK, NY 10038
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL upon
RAYMOND KELLY c/o N.Y. CITY POLICE DEPT.
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL
with a person of suitable age and discretion: to wit MS. LISA MOORE, AUTHORIZED
TO ACCEPT
Deponent described Person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

Sex  FEMALE , Color BLACK, Hair BLACK, app.age 30 YRS, app.ht 5'7", app.wt
160 LBS

That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon  the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes or the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 16
day of January2008

                                    _____
                                    SCHADRAC LAGUERRE
                                    License No.: 1091952      :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011