UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------- :
                                                  :
              Graves                              :
                                                  :          **ORDER OF REFERENCE**
                  v                               :          **TO A MAGISTRATE JUDGE**
                                                  :
           City of NY et al.                      :          07 Civ. 11500 ( )( )
                                                  :
                                                  :
                                                  X
-------------------------------------------------

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓  Settlement*

\_\_\_  Inquest After Default/Damages Hearing

\_\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         April 1, 2008

_____
United States District Judge

Mid-June would be best
Thanks