UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Abraham Graves    :

        Plaintiff,   :

   - against -   :

City of New York, et. al   :

        Defendant(s).   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

SCHEDULING ORDER

07 Civ. 11500 (SAS)
Conference Date:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 1/24/08 (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;
    4/1/08   John Wm Upton for plaintiff
             Mark D Zuckerman for defendant

(2) a concise statement of the issues as they then appear;
    Was plaintiff falsely arrested and/or subjected to excessive force?

(3) a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions; - eyewitness
    - parties - Plaintiff + defendant Patrick Curew  - medical providers tbd
    - non-party officers - Sgt. Robert Ward   - depositions to be completed 45 days after medical records are received

    (b) a schedule for the production of documents;
    - service of demands by 4/15/08
    - production and responses 30 days thereafter

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;
    - Plaintiff's reports - 7/1/08
      defendant's reports - 8/15/08
      depositions by 9/15/08

    (d) time when discovery is to be completed;
    9/26/08

June + July

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*15 days after decision on dispositive motion if any*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*15 days after completion of 3(e)*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*August 6 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

*medical*

(7) anticipated length of trial and whether to court or jury;

*4 days to jury*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

*Scheduling Order may be amended only for good cause or when justice requires*

(9) names, addresses, phone numbers and signatures of counsel;

Plaintiff

John Ware Upton, 70 Lafayette St.,
7th Floor, N.Y., NY 10013
212-233-9300

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

4/1/08

Defendants

Mark D. Zuckerman
Corporation Counsel
100 Church St.
212-442-8248