


RECEIVED JUN 12 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Mark Zuckerman*
*Senior Counsel*
mzuckerm@law.nyc.gov
Telephone 212-442-8248
Facsimile 212-788-9776

June 12, 2008

<u>**VIA FACSIMILE (212) 805-7932**</u>
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
New York, New York 10007

    Re: *Graves v. City of New York*, 07 Civ. 11500 (SAS)(THK)

Your Honor:

    I represent defendants in the above referenced matter and write with respect to the settlement conference that is scheduled in this matter for June 23, 2008 at 10:00 a.m. I write with the consent of plaintiff's counsel. The parties respectfully request that the settlement conference be adjourned to the week of August 11, 2008. The reasons for the requested adjournment are twofold. First, will be on trial before the Hon. Harold Baer the week of June 23. Second, we are awaiting plaintiff's medical records from a third party provider that may enable defendants to evaluate plaintiff's claim for settlement purposes. Without these documents, it is difficult to evaluate plaintiff's claim. The week for August 11 is a week when both counsel can attend the settlement conference without interference with summer vacation plans. No prior applications for an adjournment of the settlement conference have been made.

    Thank you for your consideration of this matter.

              Respectfully submitted,

              Mark Zuckerman

John Ware Upton, Esq. (via facsimile)

*The conference is adjourned to August 13, 2008 at 10 or so [illegible]*

**SO ORDERED**

6/12/08

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE