UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :
ABRAHAM GRAVES,
                                            :       ORDER OF
         Plaintiff,                                 DISCONTINUANCE
                                            :
         -against-                                  07 Civ. 11500 (SAS)
                                            :
CITY OF NEW YORK, et al.,
                                            :
         Defendants.
                                            :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 26, 2008

- Appearances -

**For Plaintiff:**

John Ware Upton, Esq.
70 Lafayette Street
New York, NY 10013
(212) 431-7267

**For Defendants:**

Mark David Zuckerman
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 442-8248